[Dodsmdef] [Dismissing for Deficiencies]

ORDERED.

Dated: October 30, 2015

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:　　　　　　　　　　　　　　　　　　　　　　　　Case No. 8:15–bk–10198–CPM
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
Michael Dennis Hipshire

_____Debtor*_____/

ORDER DISMISSING CASE

　　The Debtor has failed to file or correct deficiencies in the item(s) indicated below by October 21, 2015 . The Court advised the Debtor of these requirements in either a Clerk's Notice of Filing Requirements or by separate Order of the Court.

　　Failure to file Schedules A–J.

　　Failure to file Statement of Financial Affairs.

　　Failure to file Statement of Current Monthly Income.

　　Accordingly, it is **ORDERED**:

　　1.  The case is dismissed without a discharge.

　　2.  If the automatic stay imposed by 11 U.S.C. Section 362(a) or Section 1301 is in effect at the time this Order is entered, the stay is extended for 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. Section 362(c)(2)(B).  If the Debtor files a motion for relief from this Order within the 14–day period, then the stay will remain in effect until the Court rules on such timely filed motion.

　　3.  All pending hearings are cancelled with the exception of any hearing on an Order to Show Cause over which the Court reserves jurisdiction.

　　4.  The Debtor(s) shall immediately pay to the Clerk, U.S. Bankruptcy Court, $ 0.00 for the balance of the filing fee as required by 28 U.S.C. Section 1930.

5. The Trustee is discharged from any further duties.

Clerk's Office to Serve this Order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.